[No. 3065-1.    Division One.    September 8, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR D. WATSON III, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6452, Paul D. Hansen, J., entered June 4, 1974. *Reversed* by unpublished per curiam opinion.

[No. 3088-1.    Division One.    September 15, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN PEARSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67279, Francis E. Holman, J., entered June 10, 1974. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Callow, J.

[No. 1678-3.    Division Three.    September 17, 1975.]

THE SCHOOL BOARD OF THE RIVERSIDE PUBLIC SCHOOL, ET AL, *Petitioners*, v. B. E. KOHLS, *Judge of the Superior Court for Okanogan County, Respondent*.

Application filed in the Court of Appeals for a writ of prohibition. *Granted* by unpublished per curiam opinion.

[No. 1431-2.    Division Two.    September 18, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. DELL BYRON WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 44758, James V. Ramsdell, J., entered April 2, 1974. *Affirmed* by unpublished opinion per Bryan, J. Pro Tem., concurred in by Cochran and Wiehl, JJ. Pro Tem.

[No. 1275-3.    Division Three.    September 19, 1975.]

VIRGINIA C. NIBLER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 217600, Del Cary Smith, Jr., J., entered July 25, 1975. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.